```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT BLUEFIELD
```

MICHAEL JONES,

    Petitioner,

v.                              CIVIL ACTION NO. 1:16-06718

B. JOHNSON, Warden,

    Respondent.

### JUDGMENT ORDER

For reasons expressed in the Memorandum Opinion and Order filed this day, the court hereby adopts Magistrate Judge Aboulhosn's proposed findings and recommendations ("PF&R") as follows:

1) Petitioner's "Emergency Petition for Writ of Habeas Corpus" (Doc. No. 1) is **DISMISSED**; and

2) The Clerk is directed to remove this matter from the docket of the court.

The Clerk is further directed to forward a certified copy of this Judgment Order to counsel of record and to Petitioner.

It is **SO ORDERED** this 10th day of March, 2017.

                                          ENTER:

                                          David A. Faber
                                          Senior United States District Judge